IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRADLEY GOOD et al., | : | CIVIL ACTION |
| | : | NO. 14-4295 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE CREDIT, INC., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW,** this **27th** day of **October, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 8) is **DENIED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**