```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADLEY GOOD et al.,               :    CIVIL ACTION
                                   :    NO. 14-4295
          Plaintiffs,              :
                                   :
     v.                            :
                                   :
NATIONWIDE CREDIT, INC.            :
                                   :
          Defendant.               :
```

## O R D E R

**AND NOW** this **5th** day of **October, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Uncontested Motion for Preliminary Approval of Class Settlement and Preliminary Determination on Class Certification (ECF No. 37) is **DENIED without prejudice.**

**IT IS FURTHER ORDERED** that the parties shall **SUBMIT** to the Court by **November 4, 2015,** a supplemental Rule 26(f) report setting forth the parties' positions as to how the case should proceed. A status and scheduling conference is **SCHEDULED** for **November 16, 2015,** at **4:00 PM** in Courtroom 15A, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**