## GOOD/SOUCEK EXHIBITS TO MOTION
## FOR PRELIMINARY APPROVAL

| Exhibit # | Description of Exhibit |
|---|---|
| 1 | Amended Settlement Agreement |
| 2 | Soucek Collection Letter |
| 3 | Good Collection Letter |
| 4 | Proposed Order for Preliminary Approval |
| 5 | Defendant NCI's Answers to Interrogatories #7 |
| 6 | Affidavit of Maurice Rico |
| 7 | Certification of Cary L. Flitter |
| 8 | Certification of Andrew M. Milz |
| 9 | Declaration of Carlo Sabatini |